ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Nodak Electric Power Cooperative, Inc. and | ) ASBCA No. 59109 |
| Cavalier Rural Electric Cooperative, Inc., JV | ) |
| | ) |
| Under Contract No. F32605-80-D-8003 | ) |

APPEARANCE FOR THE APPELLANT:          Joel L. Larson, Esq.
                                       Grand Forks, ND

APPEARANCES FOR THE GOVERNMENT:        Lt Col James H. Kennedy III, USAF
                                        Air Force Chief Trial Attorney
                                       Sarah L. Stanton, Esq.
                                        Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 21 August 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59109, Appeal of Nodak Electric Power Cooperative, Inc. and Cavalier Rural Electric Cooperative, Inc., JV, rendered in conformance with the Board"s Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals